UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 06-CR-339

RONALD BANKS,

        Defendant.

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE AARON E. GOODSTEIN (DOC. #21), DENYING DEFENDANT'S MOTION TO SUPPRESS IDENTIFICATION (DOC. #14), AND DENYING DEFENDANT'S MOTION TO SUPPRESS POST ARREST STATEMENTS (DOC. #15)**

On February 13, 2007, Magistrate Judge Aaron E. Goodstein issued a recommendation that this court deny defendant's motions to suppress identification and statements. In accordance with 28 U.S.C. §636(b)(1)(A) and General Local Rule 72.3, the defendant made a timely objection to the recommendation on February 23, 2007, and the United States filed its response on February 28, 2007.

This court held a final pretrial conference on March 6, 2007. At this hearing, the court offered the parties the opportunity to supplement their briefs with oral argument, however, they declined to do so.

On dispositive matters such as defendant's motions to suppress, a magistrate judge may only make recommendations. 28 U.S.C. § 636(b)(1)(B). A district court must review magistrate judge's recommendations to which there have been timely objections using a de novo standard. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Upon full consideration of the record following de novo review and for the reasons stated during the hearing on March 6, 2007,

IT IS ORDERED that the February 13, 2007, recommendation of Magistrate Judge Aaron E. Goodstein is ADOPTED.

IT IS FURTHER ORDERED that defendant's motion to suppress identification (Doc. #14) is DENIED.

IT IS FURTHER ORDERED that defendant's motion to suppress post arrest statements (Doc. #15) is DENIED.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2007.

BY THE COURT

s/ C. N. CLEVERT, JR.

_____
C. N. CLEVERT, JR.
U. S. District Judge